**Order entered June 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01064-CR

### LARRY LYNN ROBINSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F14-51103-Y**

## ORDER

On May 22, 2015, this Court ordered court reporter Sharon Hazlewood to surrender her notes of the hearings and all exhibits admitted into evidence to the trial court so that the record could be filed. We warned Ms. Hazlewood that the Court expected full compliance with the order and that filing the record in any manner would not avoid the consequences of her non-compliance. Nevertheless, Ms. Hazlewood did not surrender the notes to the trial court. Rather, she filed the reporter's record in this Court on June 8, 2015, and the record is incomplete because it does not contain State's Exhibit no. 1, a video. To date, Ms. Hazlewood has neither filed State's Exhibit no. 1 nor explained her failure to do so.

Accordingly, we **ORDER** court reporter Sharon Hazlewood to file, by **4:00 P.M. on TUESDAY, JUNE 30, 2015**, State Exhibit no. 1, a video.

**FAILURE OF SHARON HAZLEWOOD TO FILE STATE'S EXHIBIT NO. 1, A VIDEO, BY THE DATE AND TIME HEREIN SET FORTH MAY RESULT IN THE ISSUANCE OF A SHOW CAUSE ORDER AND/OR A JUDGMENT OF CIVIL AND CRIMINAL CONTEMPT.**

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, court reporter; the Dallas County Auditor; the Texas Court Reporters Certification Board; and to counsel for all parties.

/s/     CAROLYN WRIGHT
              CHIEF JUSTICE